# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

# M E M O R A N D U M

TO:         Alexander Otis Matthews, #24394-016  
              Magistrate Judge Charles B. Day

FROM:     Judge Roger W. Titus

RE:         USA v. Alexander Otis Matthews  
              Criminal Case No. RWT 10-0706

DATE:     July 8, 2013

* * * * * * * *

       The Defendant, Alexander Otis Matthews, has submitted to the Clerk of this Court a letter dated June 12, 2013, which was docketed by the Clerk on June 14, 2013 [ECF No. 66] as a bar complaint. From a review of the file, it appears that this relates to a case that was transferred from this Court to the Eastern District of Virginia where the Defendant entered a plea of guilty and was sentenced to a term of imprisonment of 120 months.

       On April 17, 2013, Judge Liam O'Grady entered a comprehensive opinion in response to pleadings filed by Mr. Matthews which he treated as a motion to vacate his conviction pursuant to 28 U.S.C § 2255. In his April 17 Order, Judge O'Grady addressed contentions made by Mr. Matthews that are the same type asserted in the correspondence received by the Clerk of this Court on June 14, 2013, and this Court finds no reason to disagree with the conclusions reached by Judge O'Grady.

       The letter submitted by Mr. Matthews also appears to be a complaint as to the conduct of the prosecutor in this matter. The Court has carefully examined the record and finds no basis whatsoever for a claim of any improper or unprofessional conduct by the prosecutors in this district.

Therefore, in my capacity both as presiding Judge and as Chairman of the Disciplinary and Admissions Committee of this Court, the correspondence from Mr. Matthews, treated as a bar complaint is hereby **DISMISSED** as being totally devoid of any merit whatsoever.

/s/
———————————————
Roger W. Titus
United States District Judge
Chair, Disciplinary and Admissions Committee
